John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 s. Market Street, Suite 1100
San Jose, California 95113- 2286
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, Yuefei Ge

RECEIVED

JUN 2 6 2006

FILED

JUN 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAN LEE and YUEFEI GE, <br><br> Defendants. | No. CR-06-00424 JW <br><br> APPLICATION FOR ORDER AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL |

**APPLICATION FOR ORDER PERMITING TRAVEL**

I, the undersigned declare:

1. I am an attorney licensed to practice law in the state of California and before this Honorable Court. I am a member in good standing of the State Bar of California. If called to testify as a witness regarding the matters set forth in this Declaration, I could do so of my own personal knowledge except as to matters which are based upon information and belief, and as to those matters, I do believe them to be true.

2. I am the attorney of record for Mr. Ge in the above-captioned matter.

3. I am informed and believe Mr. Ge wishes to travel to Shasta Lake, California on June 30, 2006, for a family vacation returning to the Bay Area on July 2, 2006. Mr. Ge and his family will be staying on a houseboat on Shasta Lake.

1

5. Assistant United States Attorney Matt Perrella and Anthony Granados at Pretrial Services have no objection to this travel request.

6. Mr. Ge respectfully requests that the Court grant an order giving him permission to travel to Shasta Lake.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 20th day of June 2006, at San Jose, California.

/s/
John L. Williams

## ORDER

The Court having considered the declaration of John L. Williams, and good cause appearing therefore:

IT IS HEREBY ORDERED that the travel request of Yuefei Ge is granted.

Date: 6/27/06

Magistrate Judge of the U.S. District Court

///
///
///
///

2

U.S. v. Lee & Ge – No. CR-06-00424 JW
APPLICATION FOR ORDER PERMITTING TRAVEL