AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Northern    DISTRICT OF    California

UNITED STATES OF AMERICA

V.

YUEFEI GE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR-06-00424-JW-002

The Defendant was found not guilty as to Counts THREE (3) and FIVE (5) of the Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated as Counts THREE (3) and FIVE (5) of the Superseding Indictment ONLY.

_[signature: James Ware]_
Signature of Judge

JAMES WARE, U.S. DISTRICT JUDGE
Name and Title of Judge

December 2, 2009
                    Date