AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN          DISTRICT OF          CALIFORNIA

UNITED STATES OF AMERICA

V.

Yuefei Ge

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR 06-00424-JW

Pursuant to the Court's May 21, 2010 Order, the Defendant is found not guilty as to Counts One and Two. IT IS ORDERED that the Defendant is acquitted, discharged~~, and any bond exonerated.~~

_____
Signature of Judge

Honorable James Ware, United States District Judge
Name and Title of Judge

June 30, 2010
Date