1  Edward W. Swanson SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for YUEFEI GE



IT IS SO ORDERED
AS MODIFIED
Judge James Ware

12/10/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0424 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF REPUBLIC OF CHINA PASSPORT** |
| vs. | |
| YUEFEI GE, | |
| Defendant. | |

## STIPULATION

Defendant Yuefei Ge, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Matthew Parrella, hereby stipulate and agree as follows:

1)     As a condition of his release in this matter, Yuefei Ge was ordered to surrender his Republic of China passport.  *See* Docket 14 (order setting conditions of release).  As reflected in the docket, Mr. Ge surrendered his passport on June 16, 2006.  The parties understand that Mr. Ge's passport has since expired.

2.     On October 27, 2010, the Court entered an order dismissing the sole remaining count against Mr. Ge.  *See* Docket 382.

/ / /

3.    The parties therefore agree that the Court should issue an order releasing to Mr. Ge his expired Republic of China Passport, which is currently in the custody of the Clerk of the Court.

IT IS SO STIPULATED.

Dated: December 6, 2010 _____/s/_____
Edward W. Swanson
SWANSON & MCNAMARA LLP
Attorneys for YUEFEI GE

Dated: December 6, 2010 _____/s/_____
Matthew Parrella
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, the Clerk of the Court is ordered to release Mr. Ge's expired Republic of China passport to his attorneys, Mr. Edward Swanson or Mr. August Gugelmann.

IT IS SO ORDERED.

Dated:  December 10, 2010 _____
Hon. James Ware
United States District Court