**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

March 12, 2012

CASE NUMBER AND TITLE:

1992-cr-20101         USA-v-Guerrero

TO COUNSEL OF RECORD

     In accordance with Civil L.R. 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith. If notice is not received within thirty (30) days of this notice, the exhibits will be disposed of in accordance with Civil L.R. 79-4(c).

                             Sincerely,
                             RICHARD W. WIEKING, Clerk

*Sandy Morris*

                             by: Sandy Morris
                             Case Systems Administrator

0:\csaforms\civil\exhibits